UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. S1-4:09CR12 RWS |
| ) | |
| WILLIE JACKSON, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

This matter is before the Court on defendant Willie Jackson's motion to suppress statements [#214] and the government's motion to Determine the Admissibility of Evidence, with respect to statements made by this particular Defendant on January 15, 2009 [#145].

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Audrey G. Fleissig. The government filed responses in opposition to the motion of the defendant. Judge Fleissig held an evidentiary hearing on June 23, 2009. Thereafter Judge Fleissig filed her Report and Recommendations regarding the defendant's motion on June 29, 2009. No objection to the Magistrate Judge's recommendations were filed.

After fully considering the motions and the Report and Recommendations, the Court will adopt and sustain the thorough reasoning of Judge Fleissig set forth

in support of her recommended rulings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#255] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Willie Jackson's motion to suppress statements [#214], is denied.

**IT IS FURTHER ORDERED** that the government's motion to Determine the Admissibility of Evidence, with respect to statements made by this particular Defendant on January 15, 2009 [#145] is granted.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of July, 2009.